UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No. 01-1769 (JRT/FLN)

Microsoft Corporation,

Plaintiff,

vs.

Ion Technologies Corporation and Paul Martin,

Defendants.

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE PLEAD**

**STIPULATION**

The parties to this action, through their undersigned counsel, hereby stipulate and agree that Defendants Ion Technologies Corporation and Paul Martin may have an extension of time until November 16, 2001, in which to answer, move, plead or otherwise respond in this matter to Microsoft Corporation's Complaint.

WALLEN-FRIEDMAN LAW OFFICE, P.A.

Dated: 10/17/, 2001

Leny K. Wallen-Friedman, #233894
860 Rand Tower
527 Marquette Avenue
Minneapolis, MN 55402
(612) 341-9893

Attorney for Defendants
Ion Technologies and Paul Martin

FILED OCT 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: October 17, 2001

FAEGRE & BENSON LLP

Felicia J. Boyd

Felicia J. Boyd, #186168
Julie Knox Chosy, #225228

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Attorney for Plaintiff
Microsoft Corporation

**ORDER**

IT IS SO ORDERED.

DATED: Oct. 25, 2001

BY THE COURT

Franklin L. Noel

~~The Honorable John R. Tunheim~~ FLN
Magistrate Judge of United States District Court

## Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500