42 2002

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-1769 (JRT/FLN) Case Title: Microsoft Corp. v. Ion Tech. Corp.

### Affidavit of Movant

I, Kara Benson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Roy Bartlett, an attorney admitted to practice in the Northern District of California, but not admitted to the bar of this court, who will be counsel for ☑ plaintiff ☐ defendant Microsoft Corp. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Kara Benson
Signature

248290
MN Attorney License #

3/11/02
Date

### Affidavit of Proposed Admittee

I, Roy Bartlett, am currently a member in good standing of the U.S. District Court for Northern District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Roy Bartlett
Type/Print Name

Roy Bartlett
Signature

February 27, 2002
Date

Attorney License Number: CA 101563

Law Firm Name & Address: Covington & Burling
One Front Street
San Francisco, CA 94111

Telephone: 415-591-6000

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk
AMC

MAR 12 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action

MAR 12 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK