**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**MICROSOFT CORPORATION, a Washington Corporation,**

Plaintiff,

v.

**ION TECHNOLOGIES CORP., a Minnesota Corporation; and PAUL MARTIN,**

Defendants.

Civil No. 01-1769 (JNE/JGL)

**ORDER**

APPEARANCES

Aaron Van Oort, Esq., on behalf of Plaintiff

Kevin Hickey, Esq., on behalf of Defendants

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Chief Magistrate Judge of District Court on April 4, 2003 on Plaintiff's Motion to Reopen Discovery and to Amend the Pretrial Schedule (Doc. No. 55). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

**DISCUSSION**

Discovery in this case closed on August 1, 2002. On November 1, 2002, the Parties argued cross motions for Summary Judgment in front of the Honorable Joan N. Ericksen. Those motions are still under advisement.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

In the instant motion, Plaintiff seeks to reopen discovery on the topic of Defendant Ion's "continued sales of counterfeit Microsoft software and COALS." (Pl. Mem. Supp. Mot. Reopen Discovery at 4.) Plaintiff argues that this discovery is targeted toward new information not available during the original discovery period. Defendants oppose the motion, and suggest that if additional discovery is allowed at all, it should not be conducted until after Judge Ericksen rules on the summary judgment motions.

The Court agrees with Defendants that this motion is premature. Therefore, the motion is denied. Plaintiff may refile the motion after Judge Ericksen rules on the summary judgment motions, if it feels such refiling is appropriate at that time.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Reopen Discovery and to Amend the Pretrial Schedule (Doc. No. 55) is **DENIED**.

Dated: April 7, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge