**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**Civil Trial Calendar**
**The Honorable Joan N. Ericksen**

You appear as counsel of record on one or more of the actions listed on the attached calendar. The cases will be called for trial **Tuesday, November 2, 2004. This calendar will run through the weeks of November 2nd, 8th, 15th, 22nd, and 29th.**

All cases shall be deemed ready for immediate trial commencing **November 2, 2004,** and will be called for trial on an as-needed basis. If you have an unavoidable conflict, you shall **IMMEDIATELY** contact Mrs. Sheri L. Frette, Calendar Clerk for The Honorable Joan N. Ericksen, 778 Federal Courts Building, St. Paul, MN 55101, (651) 848-1230. Any questions regarding this calendar should be directed to Mrs. Frette.

**Under no circumstances will the failure to have completed the taking of depositions or other discovery be deemed justification for a delay or continuance.**

Please follow Rules 39.1 and 39.2 of this district's local rules concerning trial practice. Please read these rules carefully and comply fully as you prepare for trial.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Dated: September 10, 2004

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**TRIAL CALENDAR COMMENCING Tuesday, November 2, 2004**
**at 9:30 a.m., before JUDGE JOAN N. ERICKSEN**
**in St. Paul, Minnesota**

---

**JURY TRIAL** **INSURANCE**

1. Westfied Insurance Company,

v. 00cv987 (JEL/JSM)

Weis Builders, Inc., et al,

**ESTIMATED TRIAL TIME: 4 weeks**

---

**JURY TRIAL** **CIVIL RIGHTS**

2. Amanda Marie Lumsden, et al,

v. 00cv2463 (JNE/JGL)

Dustin A. Reichert, County of Ramsey, et al,

**ESTIMATED TRIAL TIME: 2-3 days**

---

**JURY TRIAL** **CONTRACT**

3. Fingerhut Business Services, Inc.

v. 01cv1261 (JNE/JSM)

Wal-Mart.com.Inc.

**ESTIMATED TRIAL TIME: 3-5 days**

**JURY TRIAL** **TRADEMARK**

4. Microsoft Corporation,

v. 01cv1769 (JEL/JGL)

Ion Technologies Corp.,

**ESTIMATED TRIAL TIME: 3-4 days**

**JURY TRIAL** **TRADEMARK**

5. GFI America, Inc.,

v. 02cv2942 (JNE/JGL)

Tecumseh Poulty, LLC,

**ESTIMATED TRIAL TIME:**