# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: JONATHAN LEBEDOFF |
| Plaintiff, | ) | CHIEF U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CIVIL 01-1769 (JNE/JGL) |
| | ) | Date: 10/22/04 |
| ION TECHNOLOGIES CORP., et al., | ) | Court Reporter: N/A |
| | ) | Time Commenced: 8:30 a.m. |
| Defendants. | ) | Time Concluded: 11:30 a.m. |
| | ) | Time in Court: 3 Hours & 0 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

APPEARANCES:

Plaintiff: Felicia Boyd, Roy Bartlett

Defendant: Kevin Hickey

PROCEEDINGS:

☒ Settlement reached.

☐ No settlement reached.

s/Jonathan Lebedoff
Chief, U.S. Magistrate Judge