**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Civil File No. 01-1769 JNE/JGL

Microsoft Corporation,

Plaintiff,

vs.

Ion Technologies Corporation and Paul Martin,

Defendants.

**MOTION TO WITHDRAW OR FOR SUBSTITUTION**

---

The undersigned law firm hereby moves the Court to withdraw as counsel of record for defendants Ion Technologies Corporation and Paul Martin in the above-captioned matter. Alternatively, the undersigned law firm requests that defendants be allowed to substitute counsel of their choice, to be identified on or before the date of the hearing. This motion is based upon Local Rule 83.7, and upon the attached memorandum, affidavit and all of the files, records and proceedings herein.

**BASSFORD REMELE**
***A Professional Association***

Dated: November 16, 2004

By s/Kevin P. Hickey
Kevin P. Hickey (License #202484)
Attorneys for Defendants
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

442807.doc