**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Civil File No. 01-1769 JNE/JGL

Microsoft Corporation,

Plaintiff,

vs.

**NOTICE OF MOTION TO WITHDRAW OR FOR SUBSTITUTION**

Ion Technologies Corporation and Paul Martin,

Defendants.

---

TO: PLAINTIFF ABOVE-NAMED AND ITS ATTORNEYS, FELICIA BOYD, FAEGRE & BENSON LLP, 2200 WELLS FARGO CENTER, 90 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402-3901 AND ROY M. BARTLETT, COVINGTON & BURLING, ONE FRONT STREET, SAN FRANCISCO, CALIFORNIA 94111.

DEFENDANTS ION TECHOLOGIES CORPORATION AND PAUL MARTIN, 4165 SHORELINE DRIVE, SUITE 50, SPRING PARK, MINNESOTA 55384.

PLEASE TAKE NOTICE that on November 30, 2004, at 9:00 a.m., the undersigned law firm will bring the attached motion to withdraw or for substitution on for hearing before The Honorable Jonathan Lebedoff at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

**BASSFORD REMELE**
***A Professional Association***

Dated: November 16, 2004

By s/Kevin P. Hickey
Kevin P. Hickey (License #202484)
Attorneys for Defendants
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

442804.doc