**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Civil File No. 01-1769 JNE/JGL

Microsoft Corporation,

Plaintiff,

vs.

Ion Technologies Corporation and Paul Martin,

Defendants.

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW OR SUBSTITUTION**

---

This memorandum is offered in support of the motion of the undersigned counsel to withdraw as counsel of record for defendants Ion Technologies Corporation and Paul Martin in this matter. The factual basis for the motion is set forth in the Affidavit of Kevin P. Hickey, filed herewith. In summary, the undersigned law firm has been effectively terminated and is unable to represent the defendants before this Court for the following reasons:

1. Counsel does not have authority, and is unable to obtain any authority from its clients to act on behalf of its clients in this matter;

2. Defendants have declined to follow the advice or recommendations of the undersigned counsel;

3. Defendants have indicated that they have sought other legal counsel to advise them in connection with this matter; and

4. Counsel cannot continue to represent these defendants because of an actual or potential conflict of interest that would arise with continued representation.

This matter was settled in principle at a settlement conference before the Court on October 22, 2004, subject to negotiation and completion of the Settlement Agreement. The

undersigned counsel diligently attempted to address the settlement documentation, but for the reasons set forth above, has been unable to move forward with this process.

Local Rule 82.7(c) sets out the procedure for withdrawal of counsel. Counsel has complied with these requirements. Counsel has also complied with Rule 1.16 of the Minnesota Rules of Professional Conduct regarding terminating representation. Counsel has sought the advice of ethics counsel in this matter. Counsel will cooperate in all respects in transitioning this file to substitute counsel once such counsel is identified.

In this case, good cause exists for the withdrawal of undersigned counsel because counsel has no authority to make any decisions or represent the client in this matter; the client has declined to follow counsel's advice and has sought advice from another lawyer in this matter; and, continued representation will result in potential or actual conflict of interest issues. Accordingly, undersigned counsel respectfully requests an Order granting the motion to withdraw because he cannot continue to represent defendants under these circumstances.

Alternatively, the undersigned counsel request that defendants substitute counsel of their choice. Defendants have indicated that they have sought other legal counsel in connection with this matter, but have not yet identified such counsel as of the date of this filing. Assuming that defendants identify such counsel before the date of the hearing, the undersigned law firm requests that new counsel be substituted as counsel of record.

**BASSFORD REMELE**
***A Professional Association***

Dated: November 16, 2004

By s/Kevin P. Hickey
Kevin P. Hickey (License #202484)
Attorneys for Defendants
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

442814.doc