**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Civil File No. 01-1769 JNE/JGL

Microsoft Corporation,

Plaintiff,

vs.

**AFFIDAVIT OF KEVIN P. HICKEY**

Ion Technologies Corporation and Paul Martin,

Defendants.

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Kevin P. Hickey, being duly sworn, states and deposes as follows:

1. I am a shareholder in the law firm of Bassford Remele, A Professional Association, counsel of record for the defendant in this matter. This firm was substituted as counsel of record for defendants in this matter on May 10, 2002.

2. On October 22, 2004, I attended a settlement conference with the Court in this matter along with Paul Martin, a named defendant, and the chief executive officer of defendant Ion Technologies Corporation.

3. A settlement was reached in principle during this conference, subject to approval of the Settlement Agreement.

4. Since the settlement conference, I have made repeated efforts to address the Settlement Agreement with my clients. Following the settlement conference, my clients have effectively terminated me by refusing to follow my advice and recommendations, refusing to give me any authority to act or make representations on their behalf in connection with this matter,

and have indicated that they have sought outside counsel to advise them in this matter. In addition, while I cannot provide any further detail because of the attorney-client privilege, I believe that it would be a potential or actual conflict of interest for me to continue to represent the defendants in this matter. I have consulted with ethics counsel regarding this matter.

5. I have advised defendants that I would need to withdraw under these circumstances, and defendants have advised me that they intend to move forward with other legal counsel. I have asked to be informed of the identity of the other legal counsel as soon as such identity is available so that such legal counsel can be substituted in this matter as appropriate. To date, I have not been informed of the identity of any outside counsel.

6. I have also made it clear to the defendants that I will cooperate in all respects in transitioning the file to new counsel.

s/Kevin P. Hickey
Kevin P. Hickey

Subscribed and sworn to before me
this 16th day of November, 2004.

s/Mary P. Bordian
Notary Public

442819.doc