**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on November 16, 2004, I caused the following documents:

Motion to Withdraw or for Substitution
Notice of Motion to Withdraw or for Substitution
Memorandum in Support of Motion to Withdraw or Substitution
Affidavit of Kevin P. Hickey

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Cameron Alston, Roy Bartlett, Kara L. Benson, Felicia Jurgens Boyd

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Paul J. Martin, Brent Olson, Ion Technologies, Inc., 4165 Shoreline Drive, Suite 20, Spring Park, MN 55384

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Magistrate Judge Jonathan G. Lebedoff

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Cameron Alston, Roy Bartlett, Kara L. Benson, Felicia Jurgens Boyd, Paul J. Martin, Brent Olson

Dated: November 16, 2004

s/Kevin P. Hickey

Kevin P. Hickey (License #202484)
Attorney for Defendants
BASSFORD REMELE, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Phone: (612) 333-3000
Fax: (612) 333-8829