FELICIA J. BOYD
fboyd@faegre.com
612.766.7430

November 29, 2004

Judge Jonathan G. Lebedoff
Chief Magistrate Judge
United States District Court
9E U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

**BY FACSIMILE**
(612) 664-5123

Re: Microsoft Corporation v. Ion Technologies and Paul Martin
Civil File No. 01-CV-1769 JRT/FLN

Dear Magistrate Judge Lebedoff:

Plaintiff Microsoft Corporation ("Microsoft") does not oppose defense counsel's Motion to Withdraw as Counsel for Defendants Ion Technologies ("Ion") and Paul Martin (collectively "Defendants") in this matter and does not plan to appear at the hearing on the Motion.

However, Microsoft is concerned about the consequences of counsel's withdrawal since time is of the essence and a corporation may not proceed *pro se*. *Ackra Direct Mktg. Corp. v. Fingerhut Corp.*, 86 F.3d 852, 857 (8th Cir. 1996). Specifically, Defendants have refused to abide by the settlement agreement reached at the Settlement Conference on October 22, 2004, including a stipulated permanent injunction barring Defendants from selling counterfeit products and stand-alone licenses. Microsoft has filed a Motion to Enforce to be heard on December 13, 2004.

Accordingly, Microsoft respectfully asks the Court to require Ion to obtain new counsel within ten (10) days or such other time as the Court considers reasonable under the circumstances.

Sincerely,

/s Felicia J. Boyd
Felicia J. Boyd

cc: Roy Bartlett, Esq.
Kevin Hickey, Esq.

M2:20674014.02