**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MICROSOFT CORPORATION,
a Washington corporation,

Plaintiff,

v.

ION TECHNOLOGIES, INC., a corporation,
and PAUL MARTIN, an individual,

Defendants.

Civil Action No. 01-1769 (JNE/JGL)

**MICROSOFT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT**

**TO:** Defendants and their attorneys Kevin Hickey, Esq., Bassford & Remele, Suite 3800, 33 South Sixth Street, Minneapolis, MN 55402-3701.

Plaintiff Microsoft Corporation, through its undersigned attorneys, hereby moves this Court for an Order enforcing the terms of the parties' agreement and entering final judgment in this action. The Motion is based upon the accompanying memorandum of law, declaration and exhibits, arguments of counsel, the files, records, and proceedings in this action.

Dated: November 29, 2004

FAEGRE & BENSON LLP

s/ Felicia J. Boyd

Felicia J. Boyd, No. 186168
Kara Benson, No. 248290
Michelle Paninopoulos, No. 312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Facsimile: (612) 766-1600

Roy Bartlett, *pro hac vice*
Megan McCarthy, *pro hac vice*
Covington & Burling LLP
One Front Street
San Francisco, California 94111
Phone: (415) 591-7065
Facsimile: (415) 591-6091

Attorneys for Plaintiff
Microsoft Corporation

M2:20673134.01