**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MICROSOFT CORPORATION a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>ION TECHNOLOGIES CORP., a Minnesota corporation, and PAUL MARTIN, an individual,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-1769 (JNE/JGL)<br><br>**MICROSOFT'S NOTICE OF MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff Microsoft Corporation hereby moves this Court for an order enforcing the terms of the parties' settlement agreement.

**PLEASE BE ADVISED** that Plaintiff will appear before the Honorable Jonathan G. Lebedoff in Courtroom 9E at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 on December 13, at 8:30 a.m. to request an order in accordance with the instant motion.

Dated: November 29, 2004

FAEGRE & BENSON LLP

/s Felicia J. Boyd

Felicia J. Boyd, No. 186168
Kara Benson, No. 248290
Michelle Paninopoulos, No. 312411
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Facsimile: (612) 766-1600

Roy Bartlett, *pro hac vice*
Megan McCarthy, *pro hac vice*
Covington & Burling LLP
One Front Street
San Francisco, California 94111
Phone: (415) 591-7065
Facsimile: (415) 591-6091

Attorneys for Plaintiff
Microsoft Corporation

M2:20671454.01