**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MICROSOFT CORPORATION a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>ION TECHNOLOGIES CORP., a Minnesota corporation, and PAUL MARTIN, an individual,<br><br>Defendant. | ) | Civil Action No. 01-1769 (JNE/JGL)<br><br>**DECLARATION OF FELICIA J. BOYD** |

I, Felicia J. Boyd, do hereby declare and say:

1. I am a Partner at the law firm of Faegre & Benson L.L. P., and am counsel for plaintiff Microsoft Corporation ("Microsoft" or "Plaintiff") in the above-captioned action. I am licensed to practice in the state of Minnesota and am admitted to practice before this Court. I have personal knowledge of the facts set forth within this declaration.

2. The parties' first Settlement Conference before Judge Lebedoff was held on November 13, 2003. During that conference, the case almost settled for $300,000 payable to Microsoft and a stipulated permanent injunction. The proposed stipulated injunction was circulated between the parties. The parties ultimately failed to reach a settlement because defendants Ion Technologies Corp. and Paul Martin (collectively "Defendants") refused to agree to one of the provisions in the stipulated injunction prohibiting them from selling stand-alone Microsoft licenses.

3. The parties participated in a second Settlement Conference before Magistrate Lebedoff on October 22, 2004. During the second Conference, the parties agreed to settle the action, and agreed to the following material terms: (1) the entry of a permanent injunction

against Defendants in the form proposed at the first conference that includes, among other provisions, a provision enjoining and restraining Defendants from distributing, offering for distribution, selling, or offering for sale any stand-alone Certificates of Authenticity or End User License Agreements for Microsoft software; (2) an admission by Defendants that they had willfully infringed Microsoft's copyrights and trademarks; (3) a payment by Defendants to Microsoft in the amount of $300,000, in the form of an initial payment of $30,000 and subsequent monthly payments of $5,000 to continue for fifty-four months; and (4) an agreement by Microsoft to dismiss this action.

4. Plaintiff drafted a Settlement Agreement and Release and [Proposed] Stipulated Permanent Injunction that incorporated the material terms of the agreement reached by the parties during the Settlement Conference, and forwarded those documents to Defendants on October 27, 2004. As of the date of this declaration, Defendants have failed to contact Microsoft to discuss the settlement documents, have failed to endorse the settlement documents, and have failed to fulfill any of their obligations under the settlement agreement reached at the settlement conference. Attached hereto as Exhibit A is a true and correct copy of the Settlement Agreement and Release that was forwarded to Defendants. Attached hereto as Exhibit B is a true and correct copy of the [Proposed] Stipulated Permanent Injunction that was forwarded to Defendants. Aside from a few minor ministerial changes, Exhibit B is identical to the Stipulated Permanent Injunction that was proposed during the parties' first Settlement Conference in November 2003 and agreed to at the settlement Conference in November 2004.

5. I have made several attempts to contact Defendants to discuss the status of the settlement documents. These efforts have included voicemail and e-mail messages. When I finally made telephone contact with Kevin Hickey, counsel for Defendants, I was advised that he

was filing a motion to withdraw as counsel because his clients refused to communicate with him. On November 16, 2004, counsel for Defendants did file and serve a motion to withdraw as counsel of record for Defendants. A true and correct copy of the affidavit of counsel in support of that motion is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of November, 2004.

/s Felicia J. Boyd
Felicia J. Boyd