**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Microsoft Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Ion Technologies Corporation and Paul Martin,<br><br>Defendants. | Civil Action No. 01-1769 (JNE/JGL)<br><br>**[PROPOSED] STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS ION TECHNOLOGIES CORP. AND PAUL MARTIN** |

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Ion Technologies Corporation and Paul Martin (collectively "Defendants") hereby STIPULATE and AGREE, and the Court ORDERS, that Defendants along with each of their agents, representatives, servants, employees, attorneys, successors, and assigns, and all others acting in concert or participation with them who receive actual notice of this order, are PERMANENTLY ENJOINED AND RESTRAINED from each of the following:

1. making any unauthorized use of, or engaging in any unauthorized distribution of (i) software (the term "software" shall hereinafter be defined to include all computer software programs recorded on magnetic diskettes and/or CD-ROMS and related materials) and/or any other products protected by Microsoft's registered trademarks, including, but not limited to, the following trademark registration numbers:

(1) 1,256,083 ("MICROSOFT");

(2) 1,200,236 ("MICROSOFT");

(3) 1,872,264 ("WINDOWS");

(4) 1,955,219 ("WINDOWS NT");

(5) 1,816,354 (WINDOWS FLAG LOGO);

(6) 1,815,350 (COLORED WINDOWS LOGO);

(7) 1,982,562 (PUZZLE PIECE LOGO);

(8) 1,741,086 ("MICROSOFT ACCESS");

(9) 1,739,829 ("MICROSOFT ACCESS");

(10) 2,188,125 ("OUTLOOK"); and

(11) 1,475,795 ("POWERPOINT");

and/or (ii) software and/or any components protected by Copyright Registration, including but not limited to the following Copyright Registration Nos.:

(1) TX 4-905-936 ("Microsoft Office 2000 Professional");

(2) TX 4-905-950 ("Microsoft Access 2000");

(3) TX 4-905-949 ("Microsoft Excel 2000");

(4) TX 4-906-019 ("Microsoft Outlook 2000");

(5) TX 4-905-952 ("Microsoft PowerPoint 2000");

(6) TX 4-905-937 ("Microsoft Publisher 2000");

(7) TX 4-905-951 ("Microsoft Word 2000");

(8) TX 4-955-024 ("Microsoft Windows 98 Second Edition");

(9) TX 4-395-740 ("Microsoft Windows NT Workstation"); and

(10) TX 4-395-758 ("Microsoft Windows NT Server");

and (iii) any other works now or hereafter protected by any Microsoft trademark or copyright;

2. manufacturing, distributing, offering for distribution, importing, selling, offering for sale, or advertising any software, and/or any other product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks, or copyrights, including, but not limited to, the marks and copyrights represented by the trademark, service mark, and copyright registrations listed in Paragraph 1., above;

3. using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service marks in connection with the manufacture, distribution, offering for distribution, circulation, import, sale, offering for sale, or advertisement of any software, product, or thing not authorized or licensed by Microsoft;

4. using any false designation of origin or false or misleading representation or fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of the software or goods distributed, offered for distribution, sold, offered for sale, or advertised;

5. distributing, offering for distribution, selling, offering for sale, posting on a server Microsoft software for download use or via the Internet or any other electronic means;

6. distributing, offering for distribution, selling, or offering for sale any stand-alone Certificate of Authenticity or End User License Agreements for Microsoft software;

7. distributing, offering for distribution, selling, or offering for sale, Microsoft software obtained from suppliers known to distribute counterfeit software;

8. engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark, or copyrights;

9. distributing, offering for distribution, selling, offering for sale, advertising, purchasing or possessing any stolen or fraudulently obtained Microsoft software or components;

10. assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (9), above.

**IT IS SO STIPULATED.**

DATED: October ____, 2004

Ion Technologies Corporation, a Minnesota corporation

______________________________
By: Paul Martin

DATED: October ____, 2004

Paul Martin, an individual

______________________________
By: Paul Martin

DATED: October ____, 2004

MICROSOFT CORPORATION, a Washington Corporation

______________________________

**APPROVED AS TO FORM:**

Dated : October____, 2004

______________________________
Felicia J. Boyd, No. 186168
Kara L. Benson, No. 248290
FAEGRE & BENSON LLP

Roy Bartlett, pro hac vice
Cameron Alston, pro hac vice
COVINGTON & BURLING, LLP

*Attorneys for Plaintiff*
*Microsoft Corporation*

Dated: October____, 2004

______________________________
Kevin P. Hickey, No. 202484
BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

*Attorneys for Defendants*
*Ion Technologies Corporation and Paul Martin*

**IT IS SO ORDERED.**

DATED: October ___, 2004

_________________________________
UNITED STATES DISTRICT JUDGE