# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**MICROSOFT CORPORATION, a Washington corporation,**

Plaintiff,

v.

**ION TECHNOLOGIES CORPORATION, a Minnesota corporation; and PAUL MARTIN, an individual,**

Defendants.

## COURT MINUTES

BEFORE: Jonathan Lebedoff
Chief United States Magistrate Judge

| | |
|---|---|
| Case No: | No.01-1769 (JNE/JGL) |
| Date: | November 30, 2004 |
| Court Reporter: | none |
| Tape Number: | number not available |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:05 a.m. |
| Time in Court: | 5 minutes |

APPEARANCES:

Plaintiff: No appearances.

Defendants: Kevin Hickey, Esq.

Interpreter / Language: none / English

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** **x COURT** **☐ PLAINTIFF** **☐ DEFENDANT**

Before the Court on a Motion by Bassford Remele, A Professional Association, to Withdraw or for Substitution (Doc. No. 84).

Motion **GRANTED** from the bench. Written Order to follow.

X ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED X NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Krisann Kleibacker
Signature of Judicial Law Clerk