**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**MICROSOFT CORPORATION, a Washington corporation,**

Plaintiff,

v.

**ION TECHNOLOGIES CORPORATION, a Minnesota corporation; and PAUL MARTIN, an individual,**

Defendants.

Civil No.01-1769 (JNE/JGL)

**O R D E R**

APPEARANCES

No appearances were made on behalf of Plaintiff

Kevin Hickey, Esq., appeared on behalf of Defendants

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter came on for hearing before United States Chief Magistrate Judge Jonathan Lebedoff on November 30, 2004, on a Motion by counsel for Defendants, Bassford Remele, A Professional Association, to Withdraw or for Substitution (Doc. No. 84). The matter has been referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1) and D. Minn. LR 72.1.

This is a trademark infringement suit that was settled in principle in October 2004. However, the Settlement Agreement has yet to be

performed, and the parties are in apparent disagreement regarding the terms of settlement. This Court is scheduled to hear a Motion by Plaintiff to Enforce the Settlement Agreement on Monday, December 13, 2004.

The law firm of Bassford Remele, A Professional Association ("Bassford Remele"), now moves the Court to withdraw as counsel of record in this matter for Defendants Ion Technologies Corporation and Paul Martin. Alternatively, the law firm requests that Defendants be allowed to substitute counsel of their choice, should alternative counsel be identified on or before the date of hearing on the instant Motion.

Plaintiff Microsoft Corporation filed only a letter response to the Motion to Withdraw, and did not appear at the hearing. While Plaintiff does not oppose the Motion, it notes its concern about the consequences of a withdrawal without substitution, as a corporation may not proceed pro se. See Fingerhut Corp. v. Ackra Direct Mktg. Corp., 86 F.3d 852, 857 (8th Cir. 1996) (citations omitted). Accordingly, Plaintiff asked the Court to require Defendant corporation to obtain new counsel within ten days.

At the hearing, the Court was informed that Defendants have secured new counsel, and that counsel plan to transfer the files in this matter in two days. Hence, the Motion is granted on the condition that Defendants formally file for substitution of counsel by the close of business on Friday,

December 10, 2004. If Defendants are unable to do so, the law firm of Bassford Remele will continue as counsel of record for purposes of the December 13, 2004 Motion to Enforce the Settlement Agreement.

Based upon the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Motion by Bassford Remele, A Professional Association, to Withdraw or for Substitution (Doc. No. 84) is **GRANTED** on the condition that Defendants file for substitution of counsel by the close of business on December 10, 2004.

Dated: November 30, 2004

s/ Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief United States Magistrate Judge