**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| MICROSOFT CORPORATION a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>ION TECHNOLOGIES CORP., a Minnesota corporation, and PAUL MARTIN, an individual,<br><br>Defendant. | Civil Action No. 01-1769 (JNE/JGL) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, I caused a letter regarding Motion to Withdraw to Magistrate Judge Jonathan G. Lebedoff to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

Cameron Alston - calston@cov.com, dgeneral@cov.com
Roy Bartlett – rbartlett@cov.com
Kara L. Benson – kbenson@faegre.com, pskorude@faegre.com
Felicia Jurgens Boyd – fboyd@faegre.com, dnoren@faegre.com;tbeyl@faegre.com
Kevin P. Hickey – kevinh@bassford.com, maryb@bassford.com,receptionist@bassford.com

Date: December 1, 2004

s/Michelle A. Paninopoulos

Attorney for Plaintiff
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
mpaninopoulos@faegre.com

M2:20674837.01