**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| MICROSOFT CORPORATION a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>ION TECHNOLOGIES CORP., a Minnesota corporation, and PAUL MARTIN, an individual,<br><br>Defendant. | Civil Action No. 01-1769 (JNE/JGL) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, I caused the following documents:

1. Microsoft's Motion to Enforce Settlement Agreement;
2. Microsoft's Notice of Hearing on Motion to Enforce Settlement Agreement;
3. Microsoft's Memorandum in Support of Motion to Enforce Settlement Agreement; and
4. Declaration of Felicia J. Boyd in Support of Microsoft's Motion to Enforce Settlement Agreement

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of electronic filing to the following:

Cameron Alston - calston@cov.com, dgeneral@cov.com
Roy Bartlett – rbartlett@cov.com
Kara L. Benson – kbenson@faegre.com, pskorude@faegre.com
Felicia Jurgens Boyd – fboyd@faegre.com, dnoren@faegre.com;tbeyl@faegre.com
Kevin P. Hickey – kevinh@bassford.com, maryb@bassford.com,receptionist@bassford.com

I further certify that I caused a Proposed Order in reference to the above Motion to be filed with the court via e-mail to the following judge who is hearing the Motion:

Magistrate Judge Jonathan G. Lebedoff – lebedoff_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed as noted below, to the following:

Cameron Alston - calston@cov.com, dgeneral@cov.com
Roy Bartlett – rbartlett@cov.com
Kara L. Benson – kbenson@faegre.com, pskorude@faegre.com
Felicia Jurgens Boyd – fboyd@faegre.com, dnoren@faegre.com;tbeyl@faegre.com
Kevin P. Hickey – kevinh@bassford.com, maryb@bassford.com,receptionist@bassford.com

Date: December 1, 2004

s/Michelle A. Paninopoulos

Attorney for Plaintiff
Faegre & Benson LLP
2200 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402
(612) 766-7000
mpaninopoulos@faegre.com

M2:20674821.01