**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil File No. 01-1769 JNE/JGL

Microsoft Corporation,

Plaintiff,

vs.

Ion Technologies Corporation and Paul Martin,

Defendants.

**NOTICE OF SUBSTITUTION OF COUNSEL**

---

PLEASE TAKE NOTICE that the law firm of Lindquist & Vennum, and Bruce H. Little are hereby substituted as counsel for Defendants in the above-captioned matter in the place and stead of Bassford Remele, A Professional Association. Accordingly, effective immediately, all further notice, pleadings and communications concerning this matter should be directed to and served upon defendants' counsel as follows:

Bruce H. Little
Lindquist & Vennum
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

**BASSFORD REMELE**
***A Professional Association***

Dated: December 2, 2004

By s/Kevin P. Hickey
Kevin P. Hickey (License #202484)
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

**LINDQUIST & VENNUM**

Dated: December 2, 2004

By s/Bruce H. Little
Bruce H. Little (License #17421X)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

446235.doc