**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the following documents:

Notice of Substitution of Counsel

to be electronically filed with the Clerk of Court through the Court's Electronic Court Filing system and that ECF will send an electronic notice of the filing to the following attorneys:

Cameron Alston, Roy Barlett, Kara L. Benson, Felicia Jurgens Boyd, Michelle A. Paninopoulos

I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be served upon the following non-ECF participants:

Bruce H. Little
Lindquist & Vennum
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Paul Martin
Brent Olson
Ion Technologies, Inc.
4165 Shoreline Drive, Suite 20
Spring Park, MN 55384

BY:
- [x] U.S. MAIL
- [ ] HAND DELIVERED
- [ ] FEDERAL EXPRESS
- [x] FACSIMILE
- [ ] OVERNIGHT COURIER
- [ ] OTHER

Dated: December 6, 2004

s/Kevin P. Hickey
Kevin P. Hickey (License #202484)
Attorney for Defendants
BASSFORD REMELE,
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
612-333-3000
612-333-8829