**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

***Microsoft Corporation v. Ion Technologies Corporation and Paul Martin***
**Case No. 01-1769 (JNE/JGL)**

I hereby certify that on **December 7, 2004**, I electronically filed the following documents:

- Memorandum of Law in Opposition to Plaintiff's Motion to Enforce Settlement Agreement
- Declaration of Kevin P. Hickey
- Declaration of Paul Martin

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Felicia Boyd, Esq.

DATED: December 7, 2004 LINDQUIST & VENNUM P.L.L.P.

By: s/Bruce H. Little
Bruce H. Little, #17421x
4200 IDS Center
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

**ATTORNEYS FOR DEFENDANTS**