**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MICROSOFT CORPORATION a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>ION TECHNOLOGIES CORP., a Minnesota corporation, and PAUL MARTIN, an individual,<br><br>Defendant. | ) | Civil Action No. 01-1769 (JNE/JGL)<br><br>**DECLARATION OF FELICIA J. BOYD** |

I, Felicia J. Boyd, do hereby declare and say:

1. I am a partner at the law firm of Faegre & Benson L.L. P., and am counsel for plaintiff Microsoft Corporation ("Microsoft" or "Plaintiff") in the above-captioned action. I am licensed to practice in the state of Minnesota and am admitted to practice before this Court. I have personal knowledge of the facts set forth within this declaration.

2. The parties' first Settlement Conference before Judge Lebedoff was held on November 13, 2003. On November 18, 2003, I sent as an e-mail attachment a draft proposed permanent injunction to Kevin Hickey, who was then counsel for defendants Ion Technologies Corporation ("Ion") and Paul Martin (collectively "Defendants"). Attached hereto as Exhibit A is a true and correct copy of the e-mail and attachment. Paragraph 6 of this proposed injunction provides that Defendants will be permanently enjoined from "distributing, offering for distribution, selling, or offering for sale any stand-alone Certificate of Authenticity or End User License Agreements for Microsoft software."

3. The parties participated in a second Settlement Conference before Magistrate Lebedoff on October 22, 2004. Shortly after the second conference, Mr. Hickey was provided a

second draft proposed injunction together with a draft settlement agreement. Shortly thereafter, Plaintiff drafted a Settlement Agreement and Release and [Proposed] Stipulated Permanent Injunction that incorporated the material terms of the agreement reached by the parties during the Settlement Conference, and forwarded those documents to Defendants on October 27, 2004. A true and correct copy of the [Proposed] Stipulated Permanent Injunction that was forwarded on October 27, 2004 is attached hereto as Exhibit B. Paragraph 6 of this proposed injunction provides that Defendants will be permanently enjoined from “distributing, offering for distribution, selling, or offering for sale any stand-alone Certificate of Authenticity or End User License Agreements for Microsoft software.”

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of December, 2004.

s/ Felicia J. Boyd
Felicia J. Boyd

M2:20676978.01