**Noren, Debra A.**

---

**From:** Boyd, Felicia J.
**Sent:** Tuesday, November 18, 2003 10:34 AM
**To:** Kevin P. Hickey (E-mail)
**Subject:** Proposed Injunction
**Importance:** High
**Attachments:** 33580_32_.doc

Kevin,

Attached is the proposed draft injunction. Please review and provide me with your comments. With respect to the tax returns, Mr. Martin can provide us with copies of his 2000 and 2001 personal returns. I understand that his 2002 returns are not yet completed.

Felicia



**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>Ion Technologies, Incorporated, a corporation, and Paul Martin, an individual,<br><br>Defendants. | Civil Action No. 01-1769 (JNE/JGL)<br><br>[PROPOSED] PERMANENT INJUNCTION |

**[PROPOSED] STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS ION TECHNOLOGIES, INC. AND PAUL MARTIN**

Plaintiff Microsoft Corporation ("Microsoft") and Defendants Ion Technologies, Inc. and Paul Martin (collectively "Defendants") hereby STIPULATE and AGREE, and the Court ORDERS, that Defendants along with each of their agents, representatives, servants, employees, attorneys, successors, and assigns, and all others acting in concert or participation with them who receive actual notice of this order, are PERMANENTLY ENJOINED AND RESTRAINED from each of the following:

1. making any unauthorized use of, or engaging in any unauthorized distribution of (i) software (the term "software" shall hereinafter be defined to include all computer software programs recorded on magnetic diskettes and/or CD-ROMS and related materials) and/or any

other products protected by Microsoft's registered trademarks, including, but not limited to, the following trademark registration numbers:

(1) 1,256,083 ("MICROSOFT");

(2) 1,200,236 ("MICROSOFT");

(3) 1,872,264 ("WINDOWS");

(4) 1,955,219 ("WINDOWS NT");

(5) 1,816,354 (WINDOWS FLAG LOGO);

(6) 1,815,350 (COLORED WINDOWS LOGO);

(7) 1,982,562 (PUZZLE PIECE LOGO);

(8) 1,741,086 ("MICROSOFT ACCESS");

(9) 1,739,829 ("MICROSOFT ACCESS");

(10) 2,188,125 ("OUTLOOK"); and

(11) 1,475,795 ("POWERPOINT");

and/or (ii) software and/or any components protected by Copyright Registration, including but not limited to the following Copyright Registration Nos.:

(1) TX 4-905-936 ("Microsoft Office 2000 Professional");

(2) TX 4-905-950 ("Microsoft Access 2000");

(3) TX 4-905-949 ("Microsoft Excel 2000");

(4) TX 4-906-019 ("Microsoft Outlook 2000");

(5) TX 4-905-952 ("Microsoft PowerPoint 2000");

(6) TX 4-905-937 ("Microsoft Publisher 2000");

(7) TX 4-905-951 ("Microsoft Word 2000");

(8) TX 4-955-024 ("Microsoft Windows 98 Second Edition");

(9) TX 4-395-740 ("Microsoft Windows NT Workstation"); and

(10) TX 4-395-758 ("Microsoft Windows NT Server");

and (iii) any other works now or hereafter protected by any Microsoft trademark or copyright;

2. manufacturing, distributing, offering for distribution, importing, selling, offering for sale, or advertising any software, and/or any other product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service marks, or copyrights, including, but not limited to, the marks and copyrights represented by the trademark, service mark, and copyright registrations listed in Paragraph 1., above;

3. using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service marks in connection with the manufacture, distribution, offering for distribution, circulation, import, sale, offering for sale, or advertisement of any software, product, or thing not authorized or licensed by Microsoft;

4. using any false designation of origin or false or misleading representation or fact, which is likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of the software or goods distributed, offered for distribution, sold, offered for sale, or advertised;

5. distributing, offering for distribution, selling, offering for sale, posting on a server Microsoft software for download use or via the Internet or any other electronic means;

6. distributing, offering for distribution, selling, or offering for sale any stand-alone Certificate of Authenticity or End User License Agreements for Microsoft software;

7. distributing, offering for distribution, selling, or offering for sale, Microsoft software obtained from suppliers known to distribute counterfeit software;

8. engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark, or copyrights;

9. distributing, offering for distribution, selling, offering for sale, advertising, purchasing or possessing any stolen or fraudulently obtained Microsoft software or components;

10. assisting, aiding, or abetting any other person or entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (9), above.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**IT IS SO STIPULATED.**

DATED: November __, 2003

Ion Technologies, Inc., a Minnesota corporation

______________________________

By: Paul Martin

DATED: November __, 2003

Paul Martin, an individual

______________________________

By: Paul Martin

DATED: November __, 2003

MICROSOFT CORPORATION, a Washington Corporation

______________________________

**APPROVED AS TO FORM:**

FELICIA BOYD, Esq (# 186168)
KARA L. BENSON, Esq (#248290)
FAEGRE & BENSON

ROY BARTLETT, pro hac vice
COVINGTON & BURLING, LLP

By: Felicia Boyd
Attorney for Plaintiff

______________________________

Dated: November___, 2003
Attorneys for Plaintiff
Microsoft Corporation

KEVIN P. HICKEY , Esq. (# 202484)
BASSFORD, LOCKHART, TRUESDELL & BRIGGS

______________________________

Dated: November___, 2003
Attorneys for Defendants
ION TECHNOLOGIES, INC. AND PAUL MARTIN

**IT IS SO ORDERED.**

DATED: November __, 2003

______________________________
UNITED STATES DISTRICT JUDGE