# CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2004, I have caused to be electronically filed:

1. Declaration of Felicia J. Boyd with Exhibits; and
2. Certificate of Service.

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Cameron Alston**
  calston@cov.com dgeneral@cov.com
- **Roy Bartlett**
  rbartlett@cov.com
- **Kara L Benson**
  kbenson@faegre.com pskorude@faegre.com
- **Felicia Jurgens Boyd**
  fboyd@faegre.com dnoren@faegre.com;tbeyl@faegre.com
- **Bruce Howard Little**
  blittle@lindquist.com nnelson@lindquist.com
- **Michelle A Paninopoulos**
  mpaninopoulos@faegre.com

I further certify that I have caused to be mailed the foregoing documents and the notice of electronic filing by first-class mail to the following non-CM/ECF participants.

**Megan McCarthy**
Covington & Burling
1 Front St
San Francisco, CA 94111

Dated: December 10, 2004

FAEGRE & BENSON LLP

s/Felicia J. Boyd
Felicia J. Boyd (#186168)
Kara L. Benson (#248290)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000 (telephone)
(612) 766-1600 (facsimile)

Roy Bartlett, pro hac vice
Cameron Alston, pro hac vice
Covington & Burling LLP
One Front Street
San Francisco, California 94111
(415) 591-6000 (telephone)
(415) 591-6091 (facsimile)

**ATTORNEYS FOR PLAINTIFF MICROSOFT CORPORATION**

M2:20677473.01