# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

**MICROSOFT CORPORATION, a Washington corporation,**

Plaintiff,

v.

**ION TECHNOLOGIES CORPORATION, a Minnesota corporation; and PAUL MARTIN, an individual,**

Defendants.

**COURT MINUTES**
BEFORE: Jonathan Lebedoff
Chief United States Magistrate Judge

| | |
|---|---|
| Case No: | 01-cv-1769 (JNE/JGL) |
| Date: | December 13, 2004 |
| Court Reporter: | none |
| Tape Number: | number not available |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 8:50 a.m. |
| Time in Court: | 20 minutes |

APPEARANCES:

Plaintiff: Felicia Boyd, Esq.
Defendants: Bruce Little, Esq.

Interpreter / Language: none / English

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** x **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Motion hearing on Plaintiff's Motion to Enforce Settlement Agreement (Doc. No. 90).

X ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED X NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Adrienne Meyers
Signature of Judicial Law Clerk