UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil File No. 01-1769 JNE/JGL

Microsoft Corporation,

Plaintiff,

vs.

Ion Technologies Corporation and Paul Martin,

Defendants.

**DEFENDANTS' OBJECTIONS TO THE DECEMBER 13, 2004, REPORT AND RECOMMENDATION OF CHIEF MAGISTRATE JUDGE LEBEDOFF**

## OBJECTIONS

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 72.1(c)(2) of the District of Minnesota, Defendants Ion Technologies Corporation and Paul Martin ("Defendants") respectfully object to the following proposed findings or recommendations in the Report and Recommendation of December 13, 2004, in the instant matter.

1. Defendants respectfully object to the statement in Footnote 2 that "Judge Ericksen's summary judgment order of May 30, 2003 is not dispositive on [the issue of Defendants' willful infringement of copyright] as the order did not include a clear finding on the element of willfulness." Defendants respectfully state that the Court has determined that any copyright or trademark infringement was not willful.

2. Defendants respectfully object to the portion of the Report and Recommendation that states: "Defendant Martin was not present during this discussion [concerning the inclusion of a prohibition of the future distribution by Defendants of stand-alone Certificates of Authenticity]

so his Declaration is not useful in this respect. Thus, there was a meeting of the minds on this issue, and the permanent injunction should contain this language." [p. 3] Defendants respectfully dispute that there was a meeting of the minds.

3. Defendants respectfully object to the recommendation "that Microsoft be instructed to revise the written settlement agreement and release and permanent injunction as ordered herein, and the parties should sign the documents forthwith." [p. 3] Defendants respectfully assert that no agreement has been reached.

4. Lastly, Defendants respectfully object to that portion of the recommendation that states "IT IS HEREBY RECOMMENDED that Plaintiff's Motion to Enforce Settlement Agreement (Doc. No. 90) should be GRANTED IN PART and DENIED IN PART as set forth fully in the body of this Report and Recommendation." [p. 4]

Defendants respectfully request that the Court overrule the Report and Recommendation and deny Microsoft's Motion To Enforce Settlement Agreement. This matter should be scheduled for trial on the issue of damages.

Respectfully submitted,

LINDQUIST & VENNUM, P.L.L.P.

Dated: December 27, 2004.

By: _s/_Bruce H. Little________________________
Bruce H. Little MN Reg. No. 17241X
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 371-3211

ATTORNEYS FOR DEFENDANTS ION TECHNOLOGIES CORPORATION and PAUL MARTIN