**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2004, I electronically filed the below-stated documents

1. Memorandum of Law in Support of Defendants Objections to the December 13, 2004, Report and Recommendation of Magistrate Judge Jonathan Lebedoff;

2. Defendants' Objections to the December 13, 2004, Report and Recommendation of Chief Magistrate Judge Lebedoff.

with the clerk of the court by using the ECF which will send a notice of electronic filing to:

Cameron Alston – calston@cov.com, dgeneral@cov.com;
Roy Barlett – rbarlett@cov.com;
Kara L. Benson – kbenson@faegre.com, pskorude@faegre.com;
Felicia Jurgens Boyd – fboyd@faegre.com, dnoren@faegre.com;tbeyl@faegre.com;
Michelle A. Paninopoulos – mpaninopoulos@faegre.com

And by United States Mail – First Class – Post prepaid to:

Megan McCarthy
Covington & Burling
1 Front St.
San Francisco, CA 94111

**s/ Bruce H. Little**
Bruce H. Little, #17421x
Attorney for Defendant Bou-Matic LLC
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Facsimile: (612) 371-3207