# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2005, I have caused to be electronically field:

1. Plaintiff Microsoft's Response to Defendants' Objections to the December 13, 2004 Report and Recommendation of Magistrate Judge Jonathan Lebedoff;

2. Declaration of Roy M. Bartlett in Opposition to Defendants' Objections to Magistrate Judge's Report; and

3. Declaration of Heather Logan in Opposition to Defendants' Objections to Magistrate Judge's Report

with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

- **Cameron Alston**
  calston@cov.com dgeneral@cov.com

- **Roy Bartlett**
  rbartlett@cov.com

- **Kara L Benson**
  kbenson@faegre.com pskorude@faegre.com

- **Felicia Jurgens Boyd**
  fboyd@faegre.com dnoren@faegre.com;tbeyl@faegre.com

- **Bruce Howard Little**
  blittle@lindquist.com nnelson@lindquist.com

- **Michelle A Paninopoulos**
  mpaninopoulos@faegre.com

I further certify that I have caused to be mailed the foregoing documents and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

- **Megan McCarthy**
  Covington & Burling
  1 Front St.
  San Francisco, CA 94111