UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Microsoft Corporation,

Plaintiff,

v. Civ. No. 01-1769 (JNE/JGL)
ORDER

Ion Technologies Corporation and
Paul Martin,

Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Jonathan G. Lebedoff, Chief United States Magistrate Judge, on December 13, 2004. Defendants have filed objections to the Report and Recommendation and Plaintiff has responded. The Court has conducted a de novo review of the record. The Court concludes that the parties reached a settlement agreement on October 22, 2004, and Defendants refuse to honor their part of the agreement. "[O]nce reached, a settlement agreement constitutes a contract that is binding and conclusive and the parties are bound to the terms of the contract even if a party has a change of heart between the time of the agreement to the terms of the settlement and the time it is reduced to writing." *MacDonald v. Dragone Classic Motor Cars*, No. 3:95CV499, 2003 WL 22056626, at *6 (D. Conn. Apr. 29, 2003). The Court possesses the inherent power to enforce summarily the parties' settlement agreement. *See Wilson v. Wilson*, 46 F.3d 660, 664 (7th Cir. 1995) (collecting cases). Accordingly, based on a de novo review of the record, the Court adopts the magistrate judge's December 13, 2004, Report and Recommendation.

Therefore, IT IS ORDERED THAT:

1. Plaintiff's motion to enforce the settlement agreement [Docket No. 90] is GRANTED IN PART and DENIED IN PART.

2. Plaintiff shall revise the written settlement agreement and release and permanent injunction as provided in the magistrate judge's December 13, 2004, Report and Recommendation, and the parties shall sign the documents forthwith.

Dated: July 5, 2005

s/ Joan N. Ericksen________
JOAN N. ERICKSEN
United States District Judge