**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Microsoft Corporation,

Plaintiff,

v.

Ion Technologies Corporation and Paul Martin,

Defendants.

Court File No. 01cv1769 (JNE/JGL)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Paul A. Banker and Christopher A. Grgurich of the law firm Lindquist & Vennum P.L.L.P. hereby enter their appearance as co-counsel for Defendants Ion Technologies Corporation and Paul Martin.

DATED: July 20, 2005

**LINDQUIST & VENNUM P.L.L.P.**

s/ Bruce H. Little

Bruce H. Little (17421x)
Paul A. Banker (256596)
Christopher A. Grgurich (327694)
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)

**ATTORNEYS FOR DEFENDANTS ION TECHNOLOGIES CORPORATION AND PAUL MARTIN**