**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Microsoft Corporation,

Plaintiff,

v.

Ion Technologies and Paul Martin,

Defendants.

Court File No. 01cv1769 (JNE/JGL)

**NOTICE OF APPEAL**

Notice is hereby given that Ion Technologies Corporation and Paul Martin, Defendants in the above-named case, appeal to the United States Court of Appeals for the Eighth Circuit from the final order dated July 5, 2005, District Court Docket No. 115, which adopted the magistrate judge's December 13, 2004 report and recommendation, and from the May 30, 2003 order granting in part Plaintiff's motion for summary judgment concerning liability for copyright and trademark infringement, false designation of origin, and engaging in deceptive trades practices and unfair competition, which was entered June 5, 2003, District Court Docket No. 62.

DATED: July 20, 2005

**LINDQUIST & VENNUM P.L.L.P.**

s/ Bruce H. Little

Bruce H. Little (17421x)
Paul A. Banker (256596)
Christopher A. Grgurich (327694)
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)

**ATTORNEYS FOR DEFENDANTS ION TECHNOLOGIES CORPORATION AND PAUL MARTIN**