U.S. COURT OF APPEALS – EIGHTH CIRCUIT
APPELLANT'S FORM A
Appeal Information Form
To be filed with the Notice of Appeal

Appeal Docket No. _______________

| STYLE OF CASE: Civil | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
|---|---|
| Microsoft Corporation,<br><br>Appellee,<br>vs. | Cameron Alston<br>Megan McCarthy<br>Roy Bartlett<br>Covington & Burling<br>1 Front St.<br>San Francisco, CA 94111<br>Tel: (415) 591-6000<br><br>Felicia J. Boyd<br>Kara L. Benson<br>Michelle A. Paninopoulos<br>Faegre & Benson LLP – Mpls<br>Minneapolis, MN 55402<br>Tel: (612) 766-7000 |
| | COUNSEL: NAME, ADDRESS, AND TELEPHONE NUMBER |
| Ion Technologies, Corp. and<br>Paul Martin<br><br>Appellants. | Bruce H. Little, Esq.<br>Paul A. Banker, Esq.<br>Christopher A. Grgurich, Esq.<br>Lindquist & Vennum P.L.L.P.<br>4200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Tel: (612) 371-3211 |

LIST ISSUES ON APPEAL (For administrative purposes). You may indicate that this also serves as your statement of issues under FRAP 10(b)(3). ( ) Yes. ( x ) No.

1. Did the District Court err by ordering the parties to execute a settlement agreement, material terms of which were erroneously modified in the Magistrate's report and recommendation and adopted by the District Court?

2. Must the District Court's order granting partial summary judgment as to liability for Plaintiff's claims for copyright and trademark infringement, false designation of origin, and engaging in deceptive trade practices and unfair competition be reversed?

FOR LEAD COUNSEL ONLY.
I __x__ have (___ have not) discussed settlement possibilities on appeal with my client.
This appeal __x__ is (___ is not) amenable to settlement.

Submitted by: /s Bruce H. Little 7/20/05
Signature of Lead Counsel Date

INSTRUCTIONS:
Filing of appellant's Form A is required to be submitted to the Clerk of the District Court with the Notice of Appeal (8 Cir. Rule 3B). If inadvertently omitted, appellant may file Form A directly with the Clerk of the Court of Appeals before appeal is docketed. Forms are available at the District Court Clerk's Office and may also be obtained electronically at:
www.ca8.uscourts.gov

Copy 1 – Send to Appellee (together with an uncompleted Form B)
Copy 2 & 3 – Send to Clerk, District Court with Notice of Appeal or Eighth Circuit (see above)
Copy 4 - Retain