**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

Microsoft Corporation,
Plaintiffs

v.

Ion Technologies Corporation and
Paul Martin

Defendants.

Court File No. 01-cv-1769 (JNE/JGL)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2005, I caused the following documents:

1. Notice of Appearance
2. Notice of Appeal
3. Appellant's Form A
4. Certificate of Service

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Cameron Alston (calston@cov.com)

Roy Bartlett (rbartlett@cov.com)

Kara L. Benson (kbenson@faegre.com)

Felicia J. Boyd (fboyd@faegre.com)

Michelle A. Paninopoulos
(mpaninopoulos@faegre.com)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Megan McCarthy
Covington & Burling
1 Front Street
San Francisco, CA 94111

DATED: July 20, 2005

s/ Bruce H. Little

Bruce H. Little (17421x)
Paul A. Banker (256596)
Christopher A. Grgurich (327694)
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)

**ATTORNEYS FOR DEFENDANTS ION TECHNOLOGIES CORPORATION AND PAUL MARTIN**