Thu Jul 21 08:49:46 2005

UNITED STATES DISTRICT COURT

MPLS, MN

Receipt No. 700 436124
Cashier deborah

Check Number: 325116

| DO Code | Div No |
| --- | --- |
| 4641 | 4 |

| Sub Acct | Type | Tender | Amount |
| --- | --- | --- | --- |
| 1:086900 | N | 2 | 105.00 |
| 2:510000 | N | 2 | 150.00 |

Total Amount $ 255.00

LINDQUIST & VENNUM/ 01CV1769 JNE/JGL

APPEAL TO THE 8TH CIRCUIT

SCANNED
JUL 2● 2005
U.S. DISTRICT COURT MPLS