UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Thomas F. Eagleton Court House
Room 24.329 VOICE (314)244-2400
Michael E. Gans 111 S. 10TH Street FAX (314)244-2780
Clerk of Court St. Louis, Missouri 63102 www.ca8.uscourts.gov

August 3, 2005

Mr. Bruce Howard Little
LINDQUIST & VENNUM
4200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Re: 05-3120 Microsoft Corp. vs. Ion Technologies

Dear Mr. Little:

We have received certified copies of the notice of appeal and docket entries from the Clerk of the United States District Court, together with notification of payment of the docket fee. In accordance with the Federal Rules of Appellate Procedure and the Eighth Circuit Rules, this appeal has today been assigned the docket number indicated.

The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our Website at www.ca8.uscourts.gov/newcoa/coaFrame.html . The material is provided to assist counsel in the preparation and filing of the record and briefs. Counsel for both sides must familiarize themselves with the material and immediately confer regarding the briefing schedule and record requirements (Eighth Circuit Rule 30A). Within ten days of the date of this letter appellant must file with this office (1) verification that the transcript arrangements have been satisfactorily completed and (2) notification of the method of preparation of the appendix jointly selected by counsel. Appeals in which the appendix and opening brief are not timely filed are subject to dismissal pursuant to Eighth Circuit Rule 3C; cases in which appellees do not timely file a brief are governed by FRAP Rule 31(c).

Multiple appellants or appellees who are jointly represented by a single attorney shall file one brief. Multiple appellants or appellees who are separately represented may file separate briefs or a joint brief. A party responding to multiple briefs from separately-represented parties shall file a single responsive or reply brief.
(5052-010199)

SCANNED
AUG 03 2005
U.S. DISTRICT COURT MPLS

Michael E. Gans
Clerk of Court

cyz

Enclosure(s)

cc: Felicia Jurgens Boyd
Kara Benson
Michelle A. Paninopoulos
Cameron Alston
Megan McCarthy
Roy Bartlett
Paul Anthony Banker
Christopher Anton Grgurich
Jeanne Anderson, Court Reporter
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1769 JNE/JGL

August 3, 2005
Case Number: 05-3120

District Court/Agency Case Number(s): CIV 01-1769 JNE/JGL

MICROSOFT CORPORATION

Plaintiff - Appellee

v.

ION TECHNOLOGIES CORPORATION;
PAUL MARTIN

Defendants - Appellants

(5072-010199)

August 3, 2005

cyz

05-3120 Microsoft Corp. v. Ion Technologies

Ms. Felicia Jurgens Boyd
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Ms. Kara Benson
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Ms. Michelle A. Paninopoulos
FAEGRE & BENSON
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

Mr. Cameron Alston
COVINGTON & BURLING
1 Front Street
San Francisco, CA 94111

Ms. Megan McCarthy
COVINGTON & BURLING
1 Front Street
San Francisco, CA 94111

Mr. Roy Bartlett
COVINGTON & BURLING
1 Front Street
San Francisco, CA 94111

Mr. Bruce Howard Little
LINDQUIST & VENNUM
4200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Mr. Paul Anthony Banker
LINDQUIST & VENNUM
4200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Mr. Christopher Anton Grgurich
LINDQUIST & VENNUM
4200 IDS Center
80 S. Eighth Street

Minneapolis, MN 55402

Ms. Jeanne Anderson
Court Reporter
Room 646
316 N. Robert Street
St. Paul, MN 55101

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

(5075-010199)