**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Microsoft Corporation,**

**Plaintiff,**

**vs.**

**Ion Technologies Corp. and Paul Martin,**

**Defendants.**

**Civ. No. 01-1769 (JNE/JGL)**

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**TO: Clerk of Court, United States District Court for the District of Minnesota, and Counsel in the above-named action:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, attorneys **Felicia J. Boyd**, **Kara L. Benson**, and **Michelle A. Paninopoulos** of Faegre & Benson L.L.P. hereby withdraw as counsel for plaintiff Microsoft Corporation ("Microsoft") in this case. Microsoft continues to be represented by other counsel from Covington & Burling, already of record in this case, and Microsoft has retained **Gary J. Haugen, Michael C. McCarthy** and **Haley N. Schaffer** of Maslon Edelman Borman & Brand, LLP, 3300 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-4140, to substitute as counsel for Faegre & Benson L.L.P. in this case.

Dated: August 25, 2005

FAEGRE & BENSON LLP

s/ Felicia J. Boyd

Felicia J. Boyd (Atty. No. 186168)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600

Dated: August 25, 2005

MASLON EDELMAN BORMAN & BRAND, LLP

s/ Gary J. Haugen

Gary J. Haugen (Atty. No. 42328)
Michael C. McCarthy (Atty. No. 230406)
Haley N. Schaffer (Atty. No. 313099)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone: (612) 672-8200
Fax: (612) 672-8397