**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Microsoft Corporation,** **Civ. No. 01-1769 (JNE/JGL)**

**Plaintiff,**

**vs.**

**Ion Technologies Corp. and Paul Martin,**

**Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I have caused to be electronically filed the following with the clerk of the court by using the CM/ECF system:

Ÿ Notice of Withdrawal and Substitution of Counsel.

The following counsel have been served with these documents via CM/ECF:

- Roy Bartlett; rbartlett@cov.com
- Cameron Alston; calston@cov.com
- Megan McCarthy
- Bruce H. Little; blittle@lindquist.com
- Paul A. Banker; pbanker@lindquist.com

Dated: August 25, 2005

FAEGRE & BENSON LLP

s/ Chad Drown

Chad Drown (Atty. No. 319053)
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600