UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Microsoft Corp.,

Plaintiff,

vs. CV 01-1769 (JNE/JGL)

Ion Technologies Corp., et al.,

Defendants.

-------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Microsoft Corp.,

Plaintiff,

vs. CV 05-1935 (MJD/SRN)

Ion Technologies Corp., et al.,

Defendants.

---

Case No. 01-1769 having been assigned to Judge Joan N. Ericksen and Case No. 05-1935 having later been assigned to Judge Michael J. Davis, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 05-1935 be assigned to Judge Joan N. Ericksen, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated February 7, 2003.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: September 6, 2005

s/Michael J. Davis
Michael J. Davis, Judge
United States District Court

Dated: September 7, 2005

s/ Joan N. Ericksen
Joan N. Ericksen, Judge
United States District Court