# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

212 U.S. Courthouse
118 South Mill Street
Fergus Falls, MN 56537
(218) 739-5758

## TRANSMITTAL INFORMATION SHEET

**Date:** November 4, 2005

**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT

**From:** Mary Kaye Conery, U.S. District Court - Minnesota

RECEIVED
05 NOV -7 AM 10:37
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

**In Re:** District Court Case No.: 01-1769 JNE/JGL
Eighth Circuit Case No.: 05-3120
Case Title: Micorsoft v. Ion

---

TRANSMITTED HEREWITH:

____ Original File(s), consisting of file(s).

____ Two certified copies, and one uncertified copy of updated docket sheet from

____ Designated Clerk's Record #

____ Other:

3 Transcript(s): (Listed below or on attached list)

RECEIVED
NOV 04 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

| Volume | Date | Proceeding |
|---|---|---|
| | 12/13/05 | **Motion to enforce settlement agreement** |
| | 11/1/02 | **Summary judgment motion** |
| | 9/15/05 | **motion hearing** |

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________

Date Returned to USDC: ____________

SCANNED
NOV - 8 2005
U.S. DISTRICT COURT MPLS