**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

ION TECHNOLOGIES CORPORATION, a Minnesota corporation, and PAUL MARTIN, an individual,

Defendants.

Civil Action No. 01-cv-1769 (JNE/JGL)

**PLAINTIFF MICROSOFT CORPORATION'S NOTICE OF MOTION FOR AN ORDER HOLDING DEFENDANTS ION TECHNOLOGIES CORPORATION AND PAUL MARTIN IN CIVIL CONTEMPT OF COURT**

---

TO: Defendants Ion Technologies Corporation and Paul Martin, and their attorneys Bruce H. Little, Lindquist & Vennum P.L.L.P., 4200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2205

**PLEASE TAKE NOTICE** that on January 9, 2006, at 11:00 a.m., Plaintiff Microsoft Corporation will move the Court, at a hearing before the Honorable Joan N. Ericksen, at the United States Court House, Courtroom No. 12W, 300 South Fourth Street, Minneapolis, Minnesota, for an order holding Defendants Ion Technologies Corporation and Paul Martin in civil contempt of court based on their failure to comply with this Court's July 5, 2005 Order, and their failure to request and obtain a stay of that Order.

Plaintiff's Motion is based upon all the files, records and proceedings herein, including the accompanying Motion, Memorandum of Law, and the Declaration of Roy M. Bartlett.

Respectfully submitted,

Dated: November 15, 2005

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: **s/Haley N. Schaffer**
Gary J. Haugen (#42328)
Michael C. McCarthy (#230406)
Haley N. Schaffer (#313099)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200
Facsimile: (612) 672-8397

and

**COVINGTON & BURLING**
Roy M. Bartlett, Jr. (CA #101563)
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

**ATTORNEYS FOR PLAINTIFF MICROSOFT CORPORATION**

426928.1