**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>ION TECHNOLOGIES CORPORATION, a Minnesota corporation, and PAUL MARTIN, an individual,<br><br>Defendants | Civil Action No. 01-cv-1769 (JNE/JGL)<br><br>**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF MICROSOFT'S MOTION FOR AN ORDER HOLDING DEFENDANTS ION TECHNOLOGIES CORPORATION AND PAUL MARTIN IN CIVIL CONTEMPT OF COURT** |

---

I, Haley N. Schaffer, certify that Plaintiff's Memorandum of Law in Support of its Motion for an Order Holding Defendants Ion Technologies Corporation and Paul Martin in Civil Contempt of Court complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2000, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,901 words.

Respectfully submitted,

Dated: November 15, 2005

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: **s/Haley N. Schaffer**
Gary J. Haugen (#42328)
Michael C. McCarthy (#230406)
Haley N. Schaffer (#313099)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 672-8200
Facsimile: (612) 672-8397

and

**COVINGTON & BURLING**
Roy M. Bartlett, Jr. (CA #101563)
John G. White (CA #224616)
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

**ATTORNEYS FOR PLAINTIFF MICROSOFT CORPORATION**

427846.1