# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>ION TECHNOLOGIES CORPORATION, a Minnesota corporation, THE WORLD ONLINE COMMUNICATIONS CORPORATION, a Minnesota corporation, and PAUL MARTIN, an individual,<br><br>Defendants. | Civil Action No. 05-cv-1935(MJD/SRN)<br><br>**DECLARATION OF KRISTI BANKHEAD IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Kristi Bankhead, hereby declare and say:

1. I am a Anti-Piracy Litigation and Product Identification Specialist with the Legal & Corporate Affairs Department of Plaintiff Microsoft Corporation ("Microsoft"). I have been employed by Microsoft since 1990. One of my primary areas of responsibility is the investigation of reports of unauthorized distribution of Microsoft software, which includes the identification and analysis of illicit Certificates of Authenticity labels. Based on my employment duties and responsibilities and in the ordinary course of Microsoft's business, I have personal knowledge of the facts set forth below or have reason to believe them to be true based on my duties and responsibilities.

2. Microsoft develops, advertises, markets, distributes, and licenses a number of computer software programs. Microsoft's software programs are recorded on magnetic diskettes and/or CD-ROMs, and they are packaged and distributed together with associated proprietary materials such as user's guides, user's manuals, end user license agreements, Certificates of Authenticity, and other components.

3. Microsoft's Certificates of Authenticity ("COAs") are certificates or labeling components, that are distributed by Microsoft with its software programs. They are used by Microsoft to help customers and end-users verify that they have received genuine Microsoft software. A sample of one such certificate is attached hereto as Exhibit A. Over the last few years, Microsoft has received an increasing number of reports that genuine COAs are being sold on a stand-alone basis, which are then matched with counterfeit Microsoft software and sold to unsuspecting consumers. The sale of COAs as a stand-alone component has no legitimate purpose; the only purpose in selling such stand-alone components is to aid and abet counterfeiters or other infringers to sell their product and lead consumers into believing that the software product is genuine and not counterfeit.

4. Microsoft develops, advertises, markets, distributes, and licenses a software package known as Microsoft Windows XP Professional ("Windows XP"). Windows XP is an operating system for desktop and laptop systems. It performs a number of computer-related operations including,

but not limited to, providing support for various applications and allowing remote access to data and applications stored on Windows XP desktops from network connections. Microsoft holds a valid copyright in Windows XP (including user's reference manuals, user's guides, and screen displays) that was duly and properly registered with the United States Copyright Office.

5. As with other types of Microsoft software, each copy of Windows XP is distributed with, and accompanied, by a COA.

6. During a prior lawsuit against Defendants Ion Technologies Corp. and Paul Martin ("Defendants"), Microsoft confirmed reports that Defendants were selling (a) Microsoft COAs on a stand-alone basis and (b) counterfeit Microsoft software accompanied by a genuine Microsoft COA. In fact, I analyzed and was subsequently deposed about one or more such samples obtained from Defendants. A true and correct copy of a relevant excerpt from the transcript of my August 7, 2002 deposition is attached hereto as Exhibit B.

7. In December 2004, the Anti-Counterfeiting Amendments Act of 2004 went into effect. That Act expressly makes it unlawful to sell stand-alone COAs (because they are used to aid and abet the sale of counterfeit software).

8. Based upon information that indicated defendant Ion was still distributing COAs on a stand alone basis, on January 7, 2005, Microsoft sent defendant Ion a letter warning it to stop selling Microsoft COAs on a stand alone basis. The letter warned that continued distribution of stand-alone COAs could subject it to criminal and civil liability under 18 U.S.C. § 2318.

9. Thereafter, in early 2005, Microsoft learned that Defendant Ion was listing for sale stand-alone Windows XP COAs on a website at www.pricesignal.com. In May 2005, an investigator working for Microsoft attempted to make a purchase from Defendant Ion through the pricesignal.com website, but did not receive a response.

10. On or about May 24, 2005, the investigator contacted Ion by telephone to ask about the availability of Windows XP COAs as advertised on pricesignal.com. Reggie Hinton, an

employee of defendant Ion responsible for shipping, sales, and inventory, said that he would see if the company had Windows XP COAs in supply. Hinton later called the investigator and said a supply of Windows stand-alone XP COAs were available for purchase. The investigator placed an order for 10 Windows XP COAs. On or about June 10, 2005, the Microsoft investigator received 10 Windows XP COAs from defendant's inventory. As I confirmed, all of the COAs were distributed without any Microsoft software.

11. On or about July 11, 2005, a Microsoft investigator placed another order with defendant Ion through Hinton for 12 more Windows XP stand-alone COAs. The COAs were received by the investigator on or about July 21, 2005. As I confirmed, all of the COAs were distributed without any Microsoft software.

12. Microsoft has not authorized Defendants to distribute stand alone COAs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 1st day of September 2005 in Austin, Texas.

Kristi Bankhead

Kristi Bankhead

# Exhibit A


You are required to affix this Certificate of Authenticity to the exterior of the PC.
00045-485-234-198
Windows® XP Professional 1-2CPU
Windows® XP Pro
OEM Software
E85 – 02178
Product Key P8HFC - M4PKP - Y8TQP - C6484 - HRGTT
00045-485-234-198
www.microsoft.com/piracy/howtotell
Microsoft Corporation
Certificate of Authenticity
X10 - 37254


You are required to affix this Certificate of Authenticity to the exterior of the PC.
00043-592-478-992
Windows® XP Home Edition
Windows® XP Home Edition
OEM Software
N09 – 01152
Product Key HT23D - QJY3B - 99DXH - 7M6XB - VXHPM
00043-592-478-992
www.microsoft.com/piracy/howtotell
©2004 Microsoft Corporation
Proof of License
Certificate of Authenticity
X10 - 60274
See License Terms
Label not to be sold separately

# Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

FOURTH DIVISION

---

Microsoft Corporation,

Plaintiff,

vs. Case No. 01-1769

Ion Technologies Corporation

and Paul Martin,

Defendants.

---

COPY

DEPOSITION OF

KRISTI BANKHEAD

CONFIDENTIAL

ATTORNEYS' EYES ONLY TRANSCRIPT

AUGUST 7, 2002

9:35 A.M.

REPORTED BY:

PATRICIA MCLEAN,

RPR, RMR

that sample is that certain required manufacturing codes are missing, is that correct?
A. That's correct.
Q. What manufacturing codes are you referring to? Is that the IFPI code?
A. Correct.
Q. Are they missing completely with this sample?
A. Yes, they are missing completely.
Q. Okay. Thanks. I'm skipping ahead to sample number 14. This doesn't appear to have an evidence sticker on it. It's Microsoft Windows NT Server, is that correct?
A. That is correct.
Q. That sample is not reflected in your initial report?
A. That is correct.
Q. Did you subsequently review that sample?
A. Yes.
Q. When did you do that?
A. Yesterday.
Q. And do you know when that sample was purchased by your investigators?
MR. BARTLETT: Objection, calls for speculation.
THE WITNESS: I do not know when this

sample was purchased.

BY MR. HICKEY:

Q. Have you, other than reviewing the sample itself, have you received any documents or reports relating to that sample?

A. I did not review any documents related to this sample.

Q. Do you know why that was not included in your initial report?

A. I do not know.

Q. What is, what is your conclusion with respect to sample number 14?

A. The finding is that this is a counterfeit with a genuine COA label.

Q. And can you tell me what factors you looked at to make that determination?

A. I looked at all of the components from the box to the COA label to the collateral material on the inside, including the disc, the manual, registration card, EULA, E-U-L-A.

Q. And what were the indicia of counterfeit to you, what specific items?

A. Okay. On the box, the BackOffice logo and CD-ROM disc and graphics have been scanned so that process colors are present. So the solid colors there,

again, have been separated into the primary colors and that's indicative of scanning process as opposed to original artwork being used. The security features on the top flap are not present so that the microtype and the three percent gray are not present.

Q. For the record, there are two discs in that box?

MR. BARTLETT: In each?

BY MR. HICKEY:

Q. I'm sorry, I can't see. How many discs are there in the box?

A. There are, there are actually two discs for Windows NT Server operating system. Well, there's one for Windows NT Server, there's one for FrontPage and there's one for Service Pack 4.

Q. Is that correct? Is that what you would expect to be in that box?

A. Yes. The manufacturing codes are missing on the CD-ROM. I can see that the font is incorrect on the artwork. It's been reoriginated as opposed to scanned. The curves of the F and T are too short. They should be longer and flatter. The Microsoft logos, the stylized logos, are incorrect. On the operating system disc there's no byte or wedge out of the O at all, so it's missing. That tells me

that the artwork has been reoriginated. On FrontPage there is also no byte or wedge out of the O. And on the Service Pack 4 there's a byte present, and it's b-y-t-e is how you say that, it's too deep. The wedge goes all the way across. The first O and S do not touch and they should touch. The G is wrong in illegal on the Service Pack 4. It's misaligned and it's too short so it hangs below the other characters.

Q. Anything else?

A. That's pretty much it.

Q. Was the manufacturing code on any of those discs?

MR. BARTLETT: On any of the four discs?

BY MR. HICKEY:

Q. Yes.

A. The manufacturing code, a manufacturing code is present on the Service Pack 4. There's also a fourth disc that's called an Option Pack and that too has no byte out of the first O in the stylized logo and the logo or the font is incorrect on the title Microsoft and that does not have the manufacturing codes present.

Q. So on the outside of the box the Certificate of Authenticity is genuine, in your opinion?