**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

ION TECHNOLOGIES CORPORATION, a Minnesota corporation, and PAUL MARTIN, an individual,

Defendants

Civil Action No. 01-cv-1769 (JNE/JGL)

**CERTIFICATE OF SERVICE**

---

I hereby certify that on November 15, 2005, I caused the following documents:

- *Plaintiff Microsoft Corporation's Motion for an Order Holding Defendants Ion Technologies Corporation and Paul Martin in Civil Contempt of Court;*
- *Plaintiff Microsoft Corporation's Notice of Motion for an Order Holding Defendants Ion Technologies Corporation and Paul Martin in Civil Contempt of Court;*
- *Plaintiff's Memorandum of Law in Support of its Motion for an Order Holding Defendants Ion Technologies Corporation and Paul Martin in Civil Contempt of Court (with LR 7.1(c) Word Count Compliance Certificate);*
- *Declaration of Roy M. Bartlett in Support of Plaintiff's Motion for an Order Holding Defendants Ion Technologies Corporation and Paul Martin in Civil Contempt of Court;*

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- *Cameron Alston: calston@cov.com; dgeneral@cov.com*
- *Paul A Banker: pbanker@lindquist.com; acrawford@lindquist.com*
- *Roy M Bartlett, Jr: rbartlett@cov.com*
- *Christopher A Grgurich: cgrgurich@lindquist.com; jdevries@lindquist.com*
- *Gary J Haugen: gary.haugen@maslon.com; beth.hawkinson@maslon.com*

- *Bruce H Little: blittle@lindquist.com; nnelson@lindquist.com*
- *Michael C McCarthy: mike.mccarthy@maslon.com; michele.theye@maslon.com*
- *Haley N Schaffer: haley.schaffer@maslon.com; theresa.nilges@maslon.com*

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

- *Megan McCarthy*
  *Covington & Burling*
  *1 Front St*
  *San Francisco, CA 94111*

I further certify that I caused the proposed order to be sent to the court via e-mail to the following judge who is hearing the motion:

- The Honorable Joan N. Ericksen (joanericksen_chambers@mnd.uscourts.gov)

and I certify that I caused a copy of the proposed order to be mailed and/or e-mailed to the persons listed above.

Dated: November 15, 2005

**s/Haley N. Schaffer**
Haley N. Schaffer