**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MICROSOFT CORPORATION, a Washington corporation,

Plaintiff,

v.

ION TECHNOLOGIES CORPORATION, a Minnesota corporation, and PAUL MARTIN, individually,

Defendants.

Court File No. 01-1769 (JNE/JGL)

**LR 7.1(c) COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER HOLDING DEFENDANTS ION TECHNOLOGIES CORPORATION AND PAUL MARTIN IN CIVIL CONTEMPT OF COURT**

---

I, Bruce H. Little, certify that Defendants' Memorandum of Law in Opposition to Plaintiff's Motion for an Order holding Defendants Ion Technologies Corporation and Paul Martin in Civil Contempt of Court complies with Local Rule 7.1. Specifically, I certify that, in preparation of this memorandum, I used Microsoft Word 2000 Version 9.0, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, to calculate that the above-referenced memorandum contains 2361 words pursuant to Local Rule 7.1(c). I further certify that the above-referenced memorandum appears in 13-point type pursuant to Local Rule 7.1(e).

DATED: December 21, 2005.

**LINDQUIST & VENNUM P.L.L.P.**

By: s/Bruce H. Little
Bruce H. Little (17421x)
Paul A. Banker (256596)
Christopher A. Grgurich (327694)
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone: (612) 371-3211

**ATTORNEYS FOR DEFENDANTS ION TECHNOLOGIES CORPORATION AND PAUL MARTIN**