# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | | |
|---|---|---|
| Microsoft Corporation, | ) | **COURT MINUTES** |
| | ) | BEFORE: Joan N. Ericksen |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01cv1769 (JNE/SRN) |
| | ) | Date: December 30, 2005 |
| Ion Technologies Corp., | ) | Deputy: Calendar Clerk |
| | ) | Court Reporter: No Reporter |
| Defendant. | ) | Time Commenced: 10:00 a.m. |
| | ) | Time Concluded: 10:15 a.m. |
| | ) | Time in Court: 15 Minutes |

Hearing on: **Telephone Status Conference in Chambers**

APPEARANCES:

Plaintiff: Gary J. Haugen/Roy M. Bartlett, Jr.
Defendant: Bruce H. Little

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Calendar Clerk
Sheri L. Frette