**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MICROSOFT CORPORATION, a
Washington corporation,

Court File No. 01-1769 (JNE/JGL)

Plaintiff,

v.

ION TECHNOLOGIES CORPORATION,
a Minnesota corporation, and
PAUL MARTIN, individually,

Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, I electronically filed the following document:

1. Letter to the Honorable Joan N. Ericksen from Bruce H. Little dated January 6, 2006;

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Cameron Alston
calston@cov.com

Roy M. Bartlett, Jr.
rbartlett@cov.com

Gary J. Haugen
gary.haugen@maslon.com

Haley N. Schaffer
haley.schaffer@maslon.com

Michael C. McCarthy
mike.mccarthy@maslon.com

I further certify that I caused a copy of the foregoing documents and the Notice of Electronic Filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

Megan McCarthy
Covington & Burling
1 Front St
San Francisco, CA 94111

DATED: January 6, 2006

s/ Bruce H. Little

Bruce H. Little (17421X)
Attorneys for Defendants Ion Technologies corporation and Paul Martin
Lindquist & Vennum P.L.L.P.
4200 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 371-3211
(612) 371-3207 (facsimile)
blittle@lindquist.com