# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Microsoft Corporation, Plaintiff, | **COURT MINUTES** BEFORE: Joan N. Ericksen U.S. Judge |
| v. | Case No: 01cv1769 (JNE/SRN) |
| | Date: January 9, 2006 |
| Ion Technologies, et al, | Deputy: Sheri L. Frette |
| | Court Reporter: Maria Weinbeck |
| Defendant. | Time Commenced: 11:00 a.m. |
| | Time Concluded: 11:25 a.m. |
| | Time in Court: 25 Minutes |

Hearing on: **Plaintiff's Motion for Contempt [#131] is TAKEN UNDER ADVISEMENT**

APPEARANCES:

Plaintiff: Gary J. Haugen
Defendant: Bruce H. Little

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Sheri L. Frette
Calendar Clerk