UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Microsoft Corporation,

Plaintiff,

v.

Civ. No. 01-1769 (JNE/SRN)
ORDER

Ion Technologies Corporation and Paul Martin,

Defendants.

This case is before the Court on Microsoft Corporation's Motion for an Order Holding Defendants Ion Technologies Corporation and Paul Martin in Civil Contempt of Court. This motion was based on the Court's Order of July 5, 2005, and the filing by Ion Technologies Corporation and Paul Martin (collectively, Defendants) of a Notice of Appeal to the United States Court of Appeals for the Eighth Circuit on July 20, 2005, without complying with said Order or seeking a stay of proceedings in this Court. Defendants' appeal was accepted for review by the court of appeals on August 3, 2005, as *Microsoft Corporation v. Ion Technologies Corporation and Paul Martin*, No. 05-3120. Based on the files, records, and proceedings herein, IT IS ORDERED THAT:

1. Microsoft's Motion for an Order Holding Defendants Ion Technologies Corporation and Paul Martin in Civil Contempt of Court [Docket No. 131] is DENIED.

2. Defendants shall post a bond in the amount of $50,000 by January 31, 2006.

3. Upon Defendants' posting of the above-referenced bond, the Court's Order of July 5, 2005, is STAYED during the appeal of such order.

4. To the extent that Microsoft is permitted to execute upon the above-referenced bond, the bond amount paid to Microsoft shall be applied

as a payment by Defendants to Microsoft as a portion of any amount determined to be the final settlement owed by Defendants to Microsoft in this matter.

Dated: January 26, 2006

s Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge