01-1769
JNE/JGL

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 05-3120

| | | |
|---|---|---|
| Microsoft Corporation,<br><br>Appellee,<br><br>v.<br><br>Ion Technologies Corporation;<br>Paul Martin,<br><br>Appellants. | * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota. |

## JUDGMENT

The stipulation of the parties for dismissal of this appeal is approved. The appeal is hereby dismissed in accordance with Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

(5361-010199)

April 4, 2006

Order Entered at the Direction of the Court

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Mic

SCANNED
APR 10 2006
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 4, 2006

RECEIVED U.S. MAIL 2006 APR 10 AM 9:07 U.S. DIST COURT MINNEAPOLIS, MN

Mr. Bruce Howard Little
LINDQUIST & VENNUM
4200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Mr. Gary J. Haugen
MASLON & EDELMAN
3300 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-2591

Re: 05-3120 Microsoft Corp. vs. Ion Technologies

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

mer

Enclosure(s)

cc: Honorable Joan N. Ericksen, U.S. District Judge
Felicia Jurgens Boyd
Kara Benson
Michelle A. Paninopoulos
Cameron Alston
Megan McCarthy
Roy M. Bartlett Jr.
John G. White
Michael C. McCarthy
Haley Schaffer
Paul Anthony Banker
Christopher Anton Grgurich
Sarah Stroebel
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1769 JNE/JGL