**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
**CLERK'S OFFICE**

RECEIVED
APR 27 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**RECORDS TRANSMITTAL SHEET**

**DATE:** April 25, 2006

RE: 05-3120 Microsoft Corp. vs. Ion Technologies

**TO:** Mr. Richard Sletten

**FROM:** James Foster

Enclosed are the following records for return to your office:

Original file: Transcript: 3 vols.

Deposition: Sealed:

Exhibits:

Other:

[x] Case closed [ ] Counsel appointed

[ ] Per your request [ ] Return to this office

Enclosure(s)

(5218-010199)

District Court/Agency Case Number(s): CIV 01-1769 JNE/JGL

jjf

SCANNED
APR 28 2006
U.S. DISTRICT COURT MPLS